### J. C. HOLLINGSWORTH v. TOWN OF MOUNT AIRY ET AL.

#### (Filed 26 November, 1924.)

APPEAL by plaintiff from *Lyon, J.,* at April Term, 1924, of SURRY. Civil action to restrain the sale of plaintiff's property for the non-payment of a street assessment, made and levied against said property for the improvement and paving of a street in the town of Mount Airy.

From a judgment dissolving the temporary restraining order previously entered in the cause, plaintiff appeals.

*J. H. Folger for plaintiff.*
*E. C. Bivens for defendant.*

PER CURIAM. All the questions presented and raised on this appeal were considered by us and determined against the plaintiff's position in the case of *Tarboro v. Forbes,* 185 N. C., 59. The judgment must be affirmed on authority of that case.

Affirmed.